# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2007

134478 & (134)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICHARD LEE HASSELBRING,
     Defendant-Appellant.

SC: 134478
COA: 257846
Eaton CC: 03-020327-FH

_____/

     On order of the Court, the application for leave to appeal the April 5, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record is DENIED.

     CAVANAGH and KELLY, JJ., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2007

_____
Clerk

p1114